I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeffrey Rivard
Street Address: 435 Westhead Hollow Rd
City and County: Guilford   Windham
State and Zip Code: Vermont  05301
Telephone Number: 508 310 3797
E-mail Address: PLIGOVTCH@GMAIL.COM

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Anthony J Sineni III
Job or Title (if known): Law Office
Street Address: 701 Congress St
City and County: Portland Maine  Cumberland
State and Zip Code: Maine  04102
Telephone Number: 207 772 9053
E-mail Address (if known):

Defendant No. 2

Name: Biddeford Prosecution
Job or Title (if known): Prosecutor - Court
Street Address: 25 Adams St
City and County: Biddeford  York
State and Zip Code: Maine  04005
Telephone Number: 207 283 1147

24

Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF _____
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Jeffrey Rivard

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of Maine, Biddeford, York Courts and Maine Bar, Public Defense Attorneys Sagan'

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

23

E-mail Address (if known) — Julie.Howard@Courts.maine.gov

Defendant No. 3

Name — Judge Andre Janelle
Job or Title (if known) — Ret Jeffe Judge
Street Address — 25 Adams ST
City and County — Saco-Biddeford   W. York
State and Zip Code — Maine 04005
Telephone Number — 207 459-1428
E-mail Address (if known) —

Defendant No. 4

Name — Maine State of
Job or Title (if known) — Gov~ Attorney for
Street Address — 100 Middle ST East Tower 6th Fl.
City and County — Portland Cumberland
State and Zip Code — Maine 04101
Telephone Number — 207 750 3257
E-mail Address (if known) — USame.webmaster.usdoj.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

25

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Speedy Act Trial of 1974_
_Czedner v US Docket 05-5992_
_waivers of speedy trial - substance_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an*

26

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Biddeford Prosecution and Maine District Court accepted pleadings to misdemeanors I may not be guilty of provided by public defender Anthony J Sineni III. I see 1 count for just caused fornication a Mainely Wed Scarborough 2006 Co Worx

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I believe the convictions to at least 2 of these cases should be vacated for legal impropriety I could not accurately measure financial losses but I was devastated in 2006 and had to call my friend after 6 hours when I left early from 8 hours

27

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/09, 2021.

Signature of Plaintiff       *[signature]*
Printed Name of Plaintiff    Jeffrey Ricard

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

28