UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY M. RIVARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket no. 2:21-cv-00130-GZS |
| | ) |
| ANTHONY J. SINENI, III, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 25, 2021, his Order Granting Leave to Proceed In Forma Pauperis & Recommended Dismissal of the Case (ECF No. 7).  Plaintiff filed an Objection to this Recommended Decision (ECF No. 8) on June 29, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record.  I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision.  I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and thus determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. the Recommended Decision of the Magistrate Judge (ECF No. 7) is hereby **AFFIRMED**.

2. Defendant's Application to Proceed In Forma Pauperis (ECF No. 4) is **GRANTED**.

3. Defendant's Request for Hearing Regarding Discovery Dispute (ECF No. 5) is **MOOT**.

4.this complaint is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

/s/ George Z. Singal
United States District Judge

Dated this 19th day of July, 2021.