UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY M. RIVARD<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:21-cv-00130-GZS<br>) |
| ANTHONY J. SINENI, III, et al<br>Defendants, | )<br>) |

## JUDGMENT

Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge George Z. Singal on July 19, 2021, the Plaintiff's Complaint is Dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:  /s/ Lindsey Tully
     Deputy Clerk

Dated: July 19, 2021